UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BETTY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CIV-17-26-D |
| ) | |
| GEICO INDEMNITY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Betty Miller, and Defendant, GEICO Indemnity Company, pursuant to FED. R. CIV. P. 41, stipulate Plaintiff's claims against Defendant should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 8th day of May, 2017.

Respectfully Submitted,

*s/ Erin J. Rooney*
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER
  & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
**ATTORNEYS FOR DEFENDANT**

          s/ *Billy D. Griffin*
          *(Signed with Permission of Filing Attorney)*
          Billy D. Griffin, OBA No. 17945
          Jason B. Reynolds, OBA No. 18132
          GRIFFIN, REYNOLDS & ASSOCIATES
          210 Southeast 89th Street
          Oklahoma City, Oklahoma 73149
          Telephone:   405-721-9500
          Facsimile:    405-721-9503
          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Billy D. Griffin, Esquire
    Jason B. Reynolds, Esquire

          s/ *Erin J. Rooney*
          For the Firm